

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00670-CV

Dessiree Shvonne **MARSHALL,**
Appellant

v.

Bonnie **MULLER,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20521
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The reporter's record was due on November 10, 2017. On November 20, 2017, the court reporter filed a notification of late record stating that the reporter's record was not timely filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that either: (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court